CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 09 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES, | ) | Civil Action No. 7:15-cv-00540 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| GOVERNOR OF VIRGINIA, <u>et al.</u>, | ) | By:   Hon. Michael F. Urbanski |
|    Defendants. | ) |        United States District Judge |

Owaiian M. Jones, a Virginia inmate proceeding <u>pro se</u>, commenced this civil action pursuant to 42 U.S.C. § 1983. Upon a review of court records, it appears that Plaintiff had at least three non-habeas civil actions or appeals dismissed as frivolous, as malicious, or for failing to state a claim before he commenced this action. <u>See, e.g.</u>, <u>Jones v. United States of America</u>, No. 7:14-cv-00410, slip op. at 2-3 (W.D. Va. Aug. 6, 2014), <u>appeal dismissed as frivolous</u>, No. 14-7188, slip op. at 2 (4th Cir. Dec. 16, 2014); <u>Jones v. United States District Court for the Western District of Virginia</u>, No. 7:14-cv-00499, slip op. at 2 (W.D. Va. Sept. 30, 2014); <u>see also</u> <u>McLean v. United States</u>, 566 F.3d 391, 399 (4th Cir. 2009) (dismissals without prejudice for frivolousness should not be exempted from 28 U.S.C. § 1915(g)). Inasmuch as the record provides no reason to exempt Plaintiff from 28 U.S.C. § 1915(g), the court dismisses this action without prejudice for Plaintiff's failure to pay the filing fee when filing the complaint. <u>See, e.g.</u>, <u>Dupree v. Palmer</u>, 284 F.3d 1234, 1237 (11th Cir. 2002) (reasoning that the filing fee is due upon filing a civil action when <u>in forma pauperis</u> provisions do not apply to plaintiff and that the court is not required to permit plaintiff an opportunity to pay the filing fee after recognizing plaintiff is ineligible to proceed <u>in forma pauperis</u>).

ENTER: This 9th day of October, 2015.

/s/ Michael F. Urbanski
United States District Judge